**Order entered July 13, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00194-CV

### IN RE SCOTT FRENKEL, Relator

**Original Proceeding from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-03470-2016**

### ORDER
Before Justices Molberg, Reichek, and Smith

We **LIFT** this Court's order of stay issued on March 30, 2021.

In accordance with the Court's opinion of this date, we **CONDITIONALLY GRANT** relator Scott Frenkel's petition for writ of mandamus. We **ORDER** the trial court to modify its March 1, 2021 sanctions order to defer payment of the monetary sanction and performance of additional legal ethics education until final judgment is rendered in the case.

We **ORDER** the trial court to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

Should the trial court fail to comply with this order, the writ will issue.


/s/    AMANDA L. REICHEK
JUSTICE